UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ETRA FERNANDEZ,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13738** |
| **JEFFERSON PARISH SCHOOL BOARD,**<br>    Defendant | **SECTION: "E" (1)** |

## ORDER OF DISMISSAL

**IT IS ORDERED** that Plaintiff Etra Fernandez's claim(s) against Defendant Jefferson Parish School Board are hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute and for failure to comply with the Court's previous orders[1] requiring Plaintiff to appear at status conferences.

New Orleans, Louisiana, this 10th day of June, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Docs. 13 and R. Doc. 14 *as amended by* R. Doc. 15.